No. 805.   FRASER ET UX. *v.* BARTON ET AL.   February 26, 1945.   Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.   *Mr. Wils Davis* for petitioners.   *Mr. L. E. Gwinn* for Barton et al.; *Solicitor General Fahy, Assistant Attorney General Berge, Messrs. Charles H. Weston, J. Stephen Doyle, Jr., W. Carroll Hunter* and *Mrs. Mary Connor Myers* for the United States, respondents.

No. 847.   ALLISON *v.* PENNSYLVANIA.   February 26, 1945.   Petition for writ of certiorari to the Superior Court of Pennsylvania denied.   *Mr. J. Harry Pershing* for petitioner.

No. 849.   MARTINO *v.* MICHIGAN WINDOW CLEANING Co.   February 26, 1945.   Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Daniel D. Carmell* for petitioner.   *Mr. Larry S. Davidow* for respondent.

No. 863.   MOORE *v.* MOORE.   February 26, 1945.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.   *Mr. Earl B. Dickerson* for petitioner.   *Mr. Melvin L. Griffith* for respondent.

No. 918.   WEINSTEIN *v.* NORTH CAROLINA.   February 26, 1945.   Petition for writ of certiorari to the Supreme Court of North Carolina denied.   *Mr. Thomas W. Ruffin* for petitioner.   *Harry McMullan,* Attorney General, *Hughes J. Rhodes* and *Ralph Moody,* Assistant Attorneys General, for respondent.